# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK NEWTON SPOTZ,** | : | Civil Action No. 3:02-CV-614 |
| **Petitioner,** | : | (Judge Munley) |
| v. | : | |
| **JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DONALD T. VAUGHN, Superintendent of the State Correctional Institution at Graterford; JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview,** | : | **THIS IS A CAPITAL CASE** |
| **Respondents** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 24th day of September, 2015, in accordance with the foregoing memorandum, it is hereby **ORDERED** that:

1. Petitioner's motion for a stay of federal proceedings pending resolution of federal-court challenge of conviction forming the basis for aggravation in this case (Doc. 83) is **GRANTED**. Litigation in this habeas corpus proceeding is **STAYED** pending final disposition of the federal court proceedings on Petitioner's Clearfield County conviction and sentence.

2. Petitioner shall notify the Court within thirty (30) days from the time of final disposition of the Clearfield County proceedings and request that the stay of litigation be vacated.

3. Petitioner's motion for discovery (Doc. 76) is **DEFERRED** until further Order of Court.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**