IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SPOTZ,<br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN E. WETZEL, Secretary,<br>Pennsylvania Department of Corrections;<br>LOUIS S. FOLINO,<br>Superintendent of the State<br>Correctional Institution at Greene;<br>FRANKLIN TENNIS,<br>Superintendent of the State<br>Correctional Institution at Rockview<br><br>　　　　　Respondents. | No. 3:02-CV-0614<br><br>Judge Munley |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Anne L. Saunders withdraws her appearance as counsel for Mark Spotz in the above-captioned matter. All other counsel remain.

Respectfully submitted,

/s/ANNE L. SAUNDERS
Anne L. Saunders
Asst. Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: (717) 782-3843
Fax: (717) 782-3966
Anne_Saunders@fd.org

Dated:　August 27, 2019

## CERTIFICATE OF SERVICE

I, Anne L. Saunders, hereby certify that on this date, I caused the foregoing to be served on the following person via electronic filing or first class mail, which service satisfies the requirements of the Federal Rules of Civil Procedure:

VIA ECF AND/OR FIRST-CLASS MAIL

Jaime M. Keating, Esq.
Assistant District Attorney
Office of the Cumberland County District Attorney
One Court House Square
Carlisle, Pennsylvania  17103

/S/ANNE L. SAUNDERS
ANNE L. SAUNDERS

Dated: August 27, 2019